# DECLARATION OF JOHN L. VIOLA

I, John Viola, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Thompson Coburn LLP, attorneys of record for Defendant Nationwide Life Insurance Company. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to such facts.

2. On May 1, 2017, during settlement discussions with Plaintiff's counsel, Plaintiffs' attorney, Alvin Pittman, represented to me that Plaintiffs intend to argue at trial that Nationwide made false representations to Plaintiffs through its advertising slogan, "Nationwide Is On Your Side."

3. Attached as Exhibit A is a true and correct copy of the May 10, 2017 email correspondence with Mr. Pittman, including attachments, wherein he disclosed Plaintiffs intend to use at trial excerpts from Nationwide's internet homepage relating to the company's "On Your Side Pledge."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 15, 2017, at Los Angeles, California.

_____
John L. Viola

6554758

1

DECLARATION OF JOHN L. VIOLA