# EXHIBIT A

**From:** office [mailto:office@apittman-law.com]
**Sent:** Wednesday, May 10, 2017 2:18 PM
**To:** Viola, John L.
**Subject:** RE: Creary v. Nationwide - TRIAL

John,

Attached are two pages of graphics that we intend to use in trial.

Alvin

Law Offices of Alvin L. Pittman
9841 Airport Boulevard, Suite 412
Los Angeles, CA  90045
Tele. 310-337-3077
fax. 310-337-3080

1

Exhibit A
Page 9 of 11



## Our On Your Side® Pledge to You

As a valued member of our Nationwide family, your needs are important to us. We put customer service at the heart of what we do. We'll answer your questions, offer experienced and honest advice and serve as your advocate. We believe that you have the right to know what you can expect from us. That's why we created an On Your Side® pledge.

We pledge to provide:

- Friendly, caring and personal treatment. We will treat you the way you expect to be treated.
- A prompt response. We will get back to you quickly in the way you prefer.
- Clear, straightforward answers to your questions. We will give you information in a way that is easy to understand.
- Respect for your privacy. We will protect your personal information each and every day.
- Accurate information and service. If we make a mistake, we will be accountable for it and fix it.
- A thank-you for your business. We will tell you regularly that we appreciate your business.

SHARE ARTICLE



 Nationwide®

↑ › Insurance › Member Resource › Promise

Log In or Sign Up ▼

# On Your Side® Promise

🛡 SIGN UP FOR ACCOUNT ACCESS ›    👤 FIND AN AGENT ▼

## Delivering the On Your Side® Promise to You

As a valued member of our Nationwide family, your needs are important to us. We put customer service at the heart of what we do. We'll answer your questions, offer experienced and honest advice, and serve as your advocate.

 ### Our pledge to you

We believe that you have the right to know what you can expect from us. That's why we created an On Your Side® pledge.

Read our pledge ›

 ### On Your Side® Review

This free consultation will help you feel confident you're getting the protection you need at the price that's right for you. Consider scheduling a review once a year, or whenever you've had a change in your life, like a wedding, the birth of a child or a new home.

Learn more about an On Your Side Review ›