**Alvin L. Pittman (SBN.: 127009)**
E-mail: office@apittman-law.com
LAW OFFICES OF ALVIN L. PITTMAN
9841 Airport Boulevard, Suite 412
Los Angeles, CA 90045
Telephone: (310) 337-3077
Facsimile: (310) 337-3080

Attorneys for Plaintiffs
Bridget C. Harper, as Trustee and
Ludlow B. Creary

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET C. HARPER, as Trustee of the Ludlow B. Creary 2000 Irrevocable Trust, and Ludlow B. Creary, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-09939 -AB(ASx)<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES ON ADMISSION OF DEFENDANT'S MOTTO AS EVIDENCE**<br><br>Pretrial Conf.: May 15, 2017<br>Time: 11:00 a.m.<br>Courtroom: 7B<br>Hon. Andre Birotte<br><br>**Trial: June 6, 2017** |

Plaintiffs counsel has given notice of intent to use Nationwide's motto "Nationwide is on your side," in testimony. Defendant objects to use of the motto during the trial and has provided case authorities and has given notice of its intent to seek an order keeping out testimony, evidence and reference to the Nationwide motto.

The first such authority provided by Defendant is *Smith v. Allstate Insurance Company*, 160 F.SUpp.2d 1150 (2001). In that case, plaintiffs purchased a homeowner's policy and days later had fire damage in their home and made a claim on the policy. Allstate did not pay on the claim, and suggests the cause of the fire is unknown; arson investigators and Allstate's investigators were still investigating when plaintiffs filed suit.

Defendant Allstate brought a motion to dismiss plaintiff's second cause of action for fraud. Plaintiff's allegations of fraud included one based on the policy which stated plaintiffs would be in "good hands" with Allstate. (*Id.*, at p. 1153.) For their fraud action, plaintiffs claim that Allstate never intended to honor its contractual promises to treat plaintiffs with "good hands." After their first theory of fraud was found wanting, plaintiffs relied on the motto and the court granted Allstate's motion to dismiss.

The *Smith v. Allstate* case differs from the present action because it is a pleading stage decision on a motion to dismiss. The heightened pleading requirements of a claim for fraud were at issue in the motion. In *Smith*, the slogan in "good hands" was not a statement of fact and could not support the cause of action for fraud. *Id.*, at p. 1154.

Dr. Creary is not seeking to support the cause of action for fraud or breach of covenant with the slogan alone. We are far beyond the pleading stage in the present case. The *Smith* case and others like it are inapposite to an intention to use the "motto" as part of Plaintiffs' evidence. Dr. Creary himself implored Defendant

1

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES ON ADMISSION OF DEFENDANT'S MOTTO AS EVIDENCE**

to live up to its motto, "Nationwide is on your side," inquiring in his letter to Defendant's CEO whether the insurer would be on his side, and will testify about that letter beseeching Defendant's highest executives for help.  It is background and an operative fact of the attempt to have Defendant's upper management intervene, to stand "on his side" with Dr. Creary.

     Dr. Creary's use of the slogan in his entreaties is relevant to his state of mind, liability, and to his claim for punitive damages. Relevant evidence is admissible unless the Constitution, a federal statute or the Federal Rules of Civil Procedure provide otherwise. *Federal Rule of Civil Procedure* 402.   The Court should deny Defendant's motion to preclude reference to, testimony about or admission of evidence of the Nationwide slogan/motto.

DATED: May 26, 2017       LAW OFFICES OF ALVIN L. PITTMAN

By:   /s/ Alvin L. Pittman
      Alvin L. Pittman (SB #127009)
      Email: office@apittman-law.com
      Attorneys for Plaintiffs
      LAW OFFICES OF ALVIN L. PITTMAN
      9841 Airport Boulevard, Suite 412
      Los Angeles, CA  90045
      Tele. (310) 337-3077
      Fax.: (310) 337-3080

Certificate of Electronic Service

I hereby certify that on this 26th day of May, 2017, I electronically filed a true and correct copy of the foregoing PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES ON ADMISSION OF DEFENDANT'S MOTTO "NATIONWIDE IS ON YOUR SIDE" AS EVIDENCE with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of electronic filing to the following attorneys for defendant: John L. Viola, at jviola@thompsoncoburn.com and to Diana A. Sanders, at dsanders@thompsoncoburn.com, both of Thompson Coburn, LLP., 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

/s/ Alvin L. Pittman
By: ALVIN L. PITTMAN (SB#127009)
Attorney for Plaintiffs
E-mail: office@apittman-law.com