1 | **Alvin L. Pittman (SBN.: 127009)**
2 | E-mail: office@apittman-law.com
  | LAW OFFICES OF ALVIN L. PITTMAN
3 | 9841 Airport Boulevard, Suite 412
4 | Los Angeles, CA  90045
  | Telephone: (310) 337-3077
5 | Facsimile: (310) 337-3080
6 |
7 | Attorneys for Plaintiffs
  | Bridget C. Harper, as Trustee and
8 | Ludlow B. Creary

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIDGET C. HARPER, as Trustee of the Ludlow B. Creary 2000 Irrevocable Trust, and Ludlow B. Creary, an Individual,

    Plaintiff,

vs.

NATIONWIDE LIFE INSURANCE COMPANY and DOES 1 through 25, Inclusive,

    Defendants.

) **CASE NO:  2:15-cv-09939 -AB(ASx)**
)
) **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES RE: PLAINTIFF BRIDGET C. HARPER'S ABSENCE DURING THE TRIAL PROCEEDINGS**
)
) **Trial:  June 6, 2017**
) **Time: 9:00 a.m.**
) **Courtroom: 7B**
) **Hon. Andre Birotte**

0

**INTRODUCTION**

Plaintiff Bridget C. Harper's is named in this lawsuit only in the capacity as Trustee of the Ludlow B. Creary 2000 Irrevocable Trust. Mrs. Harper was only marginally involved in the facts and circumstances that gave rise to this action.

**ARGUMENT**

**Plaintiff Bridgett C. Harper's Presence in Court is Not Required in Order to Prosecute of Any Claim in this Action**

Mrs. Harper's current state of health prevents her presence for in court during the trial proceedings. However, even if her condition were not as it currently is, she would not be required to be present during the trial proceedings. In *Cohen v. Hughes Markets, Inc*., 36 Cal. App. 4th 1693, 1700, the Court noted: "In civil cases personal appearance by a party is not essential; appearance by an attorney is sufficient and equally effective. In fact, in a civil litigation the court has no inherent powers to order the physical presence of a party before it, except as a witness at any stage of the litigation.*" Silvagni v. Superior Court* (1958) 157 Cal. App. 2d 287,291, *Taylor v. bell* (1971) 21 Cal. App. 3d 1002.

The purpose of the real party in interest requirement is to assure that any judgment rendered will bar the owner of the claim sued upon from relitigating. "It is to save a defendant, against whom a judgment may be obtained, from further

1

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES RE: BRIDGET C. HARPER'S ABSENCE DURING THE TRIAL ROCEEDINGS**

harassing or vexation at the hands of some other claimant to the demand" *Giselman v. Starr*, (1896) 106 C 651, 657; *Cloud v. Northrop Grumman Corp.* (1998) 67 CA4th 995,1003; *O'Flaherty v. Belgum* (2004) 115 CA4th 1044, 1094

Without dispute, this action was brought by both the trust settlor and the trustee (although the Trustee is only surfacely involved in the factual interactions). The absence of the Trustee is of no consequence to the litigation. Nothing requires the presence of a Trustee/Party at the trial of his/her action, as long as legal counsel in present on behalf of the party, and ready to proceed. We are already past that point. Thus, for the sake of it, even embracing that Defendant's claim that the trustee is a proper party for the trust, the absence of the trustee's physical presence at trial is meaningless. Any judgment that results, will be binding on the trust, which has been the case from the start. Moreover, unavailability, at or for trial is not at all unusual.

**CONCLUSION**

For the reasons argued above, Plaintiffs respectfully request that this Court deny any request for dismissal of this action based on Mrs. Harper's absence

2

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES RE: BRIDGET C. HARPER'S ABSENCE DURING THE TRIAL ROCEEDINGS**

during the trial proceedings.

DATED: June 6, 2017       LAW OFFICES OF ALVIN L. PITTMAN

By:  /s/ Alvin L. Pittman
      Alvin L. Pittman (SB #127009)
      Email: office@apittman-law.com
      Attorneys for Plaintiffs
      LAW OFFICES OF ALVIN L. PITTMAN
      9841 Airport Boulevard, Suite 412
      Los Angeles, CA 90045
      Tele. (310) 337-3077
      Fax.: (310) 337-3080

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES RE: BRIDGET C. HARPER'S ABSENCE DURING THE TRIAL ROCEEDINGS**

**1**  Certificate of Electronic Service

**2**

**3**  I hereby certify that on this 6th day of June, 2017, I electronically filed a true

**4**  and correct copy of the foregoing PLAINTIFFS' MEMORANDUM OF POINTS

**5**  AND AUTHORITIES ON ADMISSION OF DEFENDANT'S MOTTO

**6**  "NATIONWIDE IS ON YOUR SIDE" AS EVIDENCE with the Clerk of Court

**7**  using the Court's CM/ECF system, which will automatically send email

**8**  notification of electronic filing to the following attorneys for defendant: John L.

**9**  Viola, at jviola@thompsoncoburn.com and to Diana A. Sanders, at

**10**  dsanders@thompsoncoburn.com, both of Thompson Coburn, LLP., 2029 Century

**11**  Park East, Suite 1900, Los Angeles, CA  90067.

 

                         /s/ Alvin L. Pittman
                         By: ALVIN L. PITTMAN (SB#127009)
                         Attorney for Plaintiffs
                         E-mail: office@apittman-law.com