# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIDGET C. HARPER, as Trustee of the Ludlow B Creary 2000 Irrevocable Trust, and LUDLOW B. CREARY, an Individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-09939-AB(ASx)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

The Parties to this Action having filed their Stipulation for Dismissal of this Action on August 30, 2017, and good cause appearing,

///
///
///
///
///
///
///
///

6615498.1

1     **IT IS HEREBY ORDERED** that this Action be and hereby is dismissed,
2 with prejudice, each party to bear its own attorneys' fees and costs.

Date: August 31, 2017

_____
André Birotte Jr.
United States District Judge